Elizabeth L. Gade, Esq., CSB 161495
Bruce J. Hagel, Esq., CSB 63531
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA 95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

FILED

MAR 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICKI JAEGER,

    Plaintiff,

vs.

JO ANNE BARNHART,

    Defendant

CASE NO: 2:05-CV-02115-GGH

STIPULATION FOR PLAINTIFF TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGEMENT

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his Motion for Summary Judgment in the above-referenced case is hereby extended from the present date of March 31, 2006, by thirty-one days, to May 1, 2006.

This is the first extension requested.

DATED: March 27, 2006

OLSON, HAGEL & FISHBURN, LLP

/s/
ELIZABETH L. GADE, ESQ.
Attorneys for Plaintiff

///

///

1

| | |
|---|---|
| DATED: March 27, 2006 | McGREGOR W. SCOTT<br>United States Attorney<br><br>By: _____<br>Bobbie J. Montoya<br>Assistant U.S. Attorney<br>Attorneys for Defendant |

IT IS SO ORDERED.

Dated: March 30, 2006

**GREGORY G. HOLLOWS**

2