IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKI JAEGER,

        Plaintiff,                    No. CIV S-05-2115 GGH

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendants.             ORDER TO SHOW CAUSE

_____/

        On May 11, 2006, plaintiff filed a summary judgment. Pursuant to the scheduling order filed in this case, defendants' opposition to the motion was due within thirty days. To date, the court has not received an opposition from the defendant.

        THEREFORE, defendant is ordered to show cause, within twenty (20) days, why opposition has not been filed.

DATED: 7/24/06

                                    /s/ Gregory G. Hollows
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

GGH:035
jaeger.osc

1