Bruce J. Hagel CSB 63531
Elizabeth L. Gade CSB 161495
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKI JAEGER,<br><br>        Plaintiff,<br><br>   vs.<br><br>JO ANNE BARNHART,<br><br>        Defendant | CASE NO: 2:05 – CV- 02115 - GGH<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO** RESPOSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. Section 405(g).  Pending before the Court is plaintiff's stipulated motion for an extension of time December 22, 2006 filed on December 14, 2006.

On November 26, 2005 the court issued a scheduling order which required plaintiff to prosecute this action by either seeking voluntary remand or filing a dispositive motion with 45 days from the date of service of the administrative record by defendant.    Plaintiff's Motion for Summary Judgment was filed on May 11, 2006.  Defendant filed their Cross-Motion for Summary Judgment on July 24, 2006. Plaintiff was not served with this cross-motion. Plaintiff now seeks an extension of time to December 22, 2006,  to file a response to defendant's cross-motion.  Defendant does not oppose the request. Good cause appearing therefore, the request will be granted.  Plaintiff is warned that failure to comply with the

OLSON HAGEL & FISHBURN LLP

**PROPOSED ORDER**

court's scheduling order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and

2. Plaintiff shall file a response to defendant's cross-motion by December 22, 2006.

DATED: 1/3/07

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

Jaeger.ord

**OLSON HAGEL & FISHBURN LLP**